UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Cause No. 2:18CR 104 |
| v. ) | |
| ) | 18 U.S.C. §922(a)(6) |
| ROBERT PATRICK COLLINS ) | 18 U.S.C. §924(a)(1)(A) |

-FILED-

SEP 19 2018

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about March 12, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, in connection with the acquisition of a firearm, a Smith & Wesson model SD40VE .40 caliber firearm bearing serial number FZS2762, from Westforth Sports, Inc., a federally licensed firearms dealer, knowingly made a false and fictitious statement to Westforth Sports Inc., which statement was intended and likely to deceive Westforth Sports Inc. as to a fact material to the lawfulness of such sale of the firearm to defendant ROBERT PATRICK COLLINS, in that defendant ROBERT PATRICK COLLINS did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as

1

the actual purchaser of the firearm, whereas in truth and in fact, he well knew that he was buying said firearm for another person;

All in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about March 12, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, knowingly made a false statement and representation to Westforth Sports Inc., an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Westforth Sports Inc., in that defendant ROBERT PATRICK COLLINS in connection with his acquisition of a firearm from Westforth Sports Inc., did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual buyer of the firearm, when in fact he well knew that he was buying the firearm for another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about March 31, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, in connection with the acquisition of a firearm, a Taurus model PT111G2 9mm firearm bearing serial number TLN26405, from South County Guns, a federally licensed firearms dealer, knowingly made a false and fictitious statement to South County Guns, which statement was intended and likely to deceive South County Guns as to a fact material to the lawfulness of such sale of the firearm to defendant ROBERT PATRICK COLLINS, in that defendant ROBERT PATRICK COLLINS did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual purchaser of the firearm, whereas in truth and in fact, he well knew that he was buying said firearm for another person;

All in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about March 31, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, knowingly made a false statement and representation to South County Guns, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of South County Guns, in that defendant ROBERT PATRICK COLLINS in connection with his acquisition of a firearm from South County Guns, did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual buyer of the firearm, when in fact he well knew that he was buying the firearm for another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5

On or about May 7, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, in connection with the acquisition of a firearm, a Taurus model PT111G2 9mm firearm bearing serial number TLN32021, from South County Guns, a federally licensed firearms dealer, knowingly made a false and fictitious statement to South County Guns, which statement was intended and likely to deceive South County Guns as to a fact material to the lawfulness of such sale of the firearm to defendant ROBERT PATRICK COLLINS, in that defendant ROBERT PATRICK COLLINS did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual purchaser of the firearm, whereas in truth and in fact, he well knew that he was buying said firearm for another person;

All in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6

On or about May 7, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, knowingly made a false statement and representation to South County Guns, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of South County Guns, in that defendant ROBERT PATRICK COLLINS in connection with his acquisition of a firearm from South County Guns, did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual buyer of the firearm, when in fact he well knew that he was buying the firearm for another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7

On or about May 31, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, in connection with the acquisition of a firearm, a Taurus model PT111G2 9mm firearm bearing serial number TLN32042, from South County Guns, a federally licensed firearms dealer, knowingly made a false and fictitious statement to South County Guns, which statement was intended and likely to deceive South County Guns as to a fact material to the lawfulness of such sale of the firearm to defendant ROBERT PATRICK COLLINS, in that defendant ROBERT PATRICK COLLINS did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual purchaser of the firearm, whereas in truth and in fact, he well knew that he was buying said firearm for another person;

All in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8

On or about May 31, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, knowingly made a false statement and representation to South County Guns, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of South County Guns, in that defendant ROBERT PATRICK COLLINS in connection with his acquisition of a firearm from South County Guns, did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual buyer of the firearm, when in fact he well knew that he was buying the firearm for another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 9

On or about June 27, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, in connection with the acquisition of a firearm, a Taurus model PT111G2 9mm firearm bearing serial number TLR59652, from South County Guns, a federally licensed firearms dealer, knowingly made a false and fictitious statement to South County Guns, which statement was intended and likely to deceive South County Guns as to a fact material to the lawfulness of such sale of the firearm to defendant ROBERT PATRICK COLLINS, in that defendant ROBERT PATRICK COLLINS did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual purchaser of the firearm, whereas in truth and in fact, he well knew that he was buying said firearm for another person;

All in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 10

On or about June 27 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, knowingly made a false statement and representation to South County Guns, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of South County Guns, in that defendant ROBERT PATRICK COLLINS in connection with his acquisition of a firearm from South County Guns, did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual buyer of the firearm, when in fact he well knew that he was buying the firearm for another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 11

On or about July 11, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, in connection with the acquisition of a firearm, a F.N. model 5-7 semi-automatic pistol bearing serial number 386340752, from Westforth Sports Inc., a federally licensed firearms dealer, knowingly made a false and fictitious statement to Westforth Sports Inc., which statement was intended and likely to deceive Westforth Sports Inc. as to a fact material to the lawfulness of such sale of the firearm to defendant ROBERT PATRICK COLLINS, in that defendant ROBERT PATRICK COLLINS did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual purchaser of the firearm, whereas in truth and in fact, he well knew that he was buying said firearm for another person;

All in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 12

On or about July 11, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, knowingly made a false statement and representation to Westforth Sports Inc., an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Westforth Sports Inc., in that defendant ROBERT PATRICK COLLINS in connection with his acquisition of a firearm from Westforth Sports Inc., did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual buyer of the firearm, when in fact he well knew that he was buying the firearm for another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 13

On or about August 8, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, in connection with the acquisition of a firearm, a Taurus model PT111G2 9mm firearm bearing serial number TKX44636, from South County Guns, a federally licensed firearms dealer, knowingly made a false and fictitious statement to South County Guns, which statement was intended and likely to deceive South County Guns as to a fact material to the lawfulness of such sale of the firearm to defendant ROBERT PATRICK COLLINS, in that defendant ROBERT PATRICK COLLINS did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual purchaser of the firearm, whereas in truth and in fact, he well knew that he was buying said firearm for another person;

All in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 14

On or about August 8, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, knowingly made a false statement and representation to South County Guns, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of South County Guns, in that defendant ROBERT PATRICK COLLINS in connection with his acquisition of a firearm from South County Guns, did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual buyer of the firearm, when in fact he well knew that he was buying the firearm for another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

15

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 15

On or about August 8, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, in connection with the acquisition of a firearm, a Glock model 22 .40 caliber firearm bearing serial number DUA838US, from Cabela's, a federally licensed firearms dealer, knowingly made a false and fictitious statement to Cabela's, which statement was intended and likely to deceive Cabela's as to a fact material to the lawfulness of such sale of the firearm to defendant ROBERT PATRICK COLLINS, in that defendant ROBERT PATRICK COLLINS did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual purchaser of the firearm, whereas in truth and in fact, he well knew that he was buying said firearm for another person;

All in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 16

On or about August 8, 2018, in the Northern District of Indiana,

**ROBERT PATRICK COLLINS,**

defendant herein, knowingly made a false statement and representation to Cabela's, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Cabela's, in that defendant ROBERT PATRICK COLLINS in connection with his acquisition of a firearm from Cabela's, did execute a U.S. Department of Justice, ATF Form 4473 Firearms Transaction Record, to the effect that defendant ROBERT PATRICK COLLINS represented himself as the actual buyer of the firearm, when in fact he well knew that he was buying the firearm for another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## **FORFEITURE ALLEGATION**

The allegations of Counts 1-16 of the Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18 United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses alleged in any of Counts 1-16 in this Indictment, ROBERT PATRICK COLLINS shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of the offenses, including but not limited to:

1) One (1) Smith & Wesson model SD40VE .40 caliber firearm bearing serial number FZS2762;
2) One (1) Taurus model PT111G2 9mm firearm bearing serial number TLN26405;
3) One (1) Taurus model PT111G2 9mm firearm bearing serial number TLN32021;
4) One (1) Taurus model PT111G2 9mm firearm bearing serial number TLN32042;
5) One (1) Taurus model PT111G2 9mm firearm bearing serial number TLR59652;
6) One (1) F.N. model 5-7 semi-automatic pistol bearing serial number 386340752; and
7/ One (1) Taurus model TP111G2 9mm bearing serial number TKX44636; and

8) One (1) Glock model 22 .40 caliber firearm bearing serial number DUA838US.

                                        A TRUE BILL:

                                        <u>S/FOREPERSON</u>
                                        FOREPERSON

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:   <u>S/Jennifer Chang</u>
       Jennifer Chang
       Assistant United States Attorney